HOWARD HOLDERNESS, State Bar No. 169814
KARIN E. KRATTLI, State Bar No. 252034
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: hholderness@morganlewis.com

Attorneys for Defendant and Counterclaimant,
SPECTRA PREMIUM INDUSTRIES INC.,
erroneously sued as Spectra/Premium Industries,
Inc., and SPECTRA PREMIUM (USA) CORP.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIATOR EXPRESS WAREHOUSE,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>SPECTRA/PREMIUM INDUSTRIES, INC.,<br><br>Defendant/Counterclaimant. | Case No. 2:08-CV-02417-MCE-EFB<br>2:08-CV-03127-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER (1) RESCHEDULING HEARING ON SPECTRA PREMIUM INDUSTRIES INC. AND SPECTRA PREMIUM (USA) CORP.'S APPLICATION FOR RIGHT TO ATTACH ORDER AND (2) TAKING OFF-CALENDAR RADIATOR EXPRESS WAREHOUSE'S MOTION TO DISMISS SPECTRA PREMIUM (USA) CORP.'S COMPLAINT** |
| SPECTRA PREMIUM (USA) CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>RADIATOR EXPRESS WAREHOUSE,<br><br>Defendant. | Action Filed: Oct. 14, 2008<br>Trial Date: None Set<br>Judge: Hon. Morrison C. England, Jr.<br><br>Hearing Date: February 6, 2009<br>Time: 9:00 a.m.<br>Courtroom: 7 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62569852.1

JOINT STIPULATION AND [PROPOSED] ORDER
(2:08-CV-02417 AND 2:08-CV-03127)

1    WHEREAS, Radiator Express Warehouse ("REW") filed its Complaint against Spectra

2 Premium Industries Inc. ("Spectra") on October 14, 2008, case number 2:08-cv-02417;

3    WHEREAS, Spectra filed an Answer and Counterclaim to REW's Complaint on

4 December 23, 2008;

5    WHEREAS, Spectra Premium (USA) Corp. ("Spectra USA") filed its Complaint against

6 REW on December 23, 2008, case number 2:08-cv-03127;

7    WHEREAS, Spectra and Spectra USA each filed a Notice of and Application for Right to

8 Order and for Issuance of Writ of Attachment After Hearing and for Temporary Protective Order

9 ("Applications") against REW on December 24, 2008;

10    WHEREAS, REW filed a Motion to Dismiss Spectra USA's Complaint on January 12,

11 2009;

12    WHEREAS, the Court ordered these cases related on January 20, 2009;

13    WHEREAS, the Court ordered Spectra to file a supplement to its Application by 12:00

14 p.m. on February 5, 2009 describing the specific property of REW to be attached;

15    WHEREAS, Spectra, Spectra USA, and REW are currently working towards an informal

16 resolution of the disputes;

17    WHEREAS, in the best interests of judicial economy and efficiency, the parties agree that

18 the hearing on the pending Applications currently scheduled for February 6, 2009 at 9:00 a.m.

19 should be continued to February 20, 2009 at 9:00 a.m. and that Spectra's supplement to its

20 Application should be filed by February 18, 2009;

21    WHEREAS, the parties further agree that REW's pending Motion to Dismiss scheduled

22 for hearing February 20, 2009 at 9:00 a.m. is hereby withdrawn and should be formally taken off-

23 calendar, and that REW will answer the Spectra USA Complaint on or before February 28, 2009.

24    NOW THEREFORE, IT IS HEREBY STIPULATED between the parties, through their

25 respective counsel of record, and subject to the approval of this Court, that:

26    1.    Hearing on Spectra and Spectra USA's Applications scheduled for February 6,

27 2009 at 9:00 a.m. is re-scheduled to February 20, 2009 at 9:00 a.m.

28    2.    Spectra and Spectra USA's Supplement to Application shall be filed with the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62569852.1                 2                 JOINT STIPULATION AND [PROPOSED] ORDER
(2:08-CV-02417 AND 2:08-CV-03127)

1  Court and served no later than February 18, 2009.

2     3.   Hearing on REW's Motion to Dismiss Spectra USA's Complaint scheduled for

3  February 20, 2009 is formally taken off calendar.

4     4.   REW's Motion to Dismiss is withdrawn and REW will file an answer to the

5  Spectra USA Complaint on or before February 28, 2009.

6     IT IS SO STIPULATED.

9  Dated: February 4, 2009                MORGAN, LEWIS & BOCKIUS LLP

11                                         By:   /S/ Howard Holderness
                                                 Howard Holderness

13  Attorneys for Defendant and Counterclaimant
    SPECTRA PREMIUM INDUSTRIES INC.,
    erroneously sued as Spectra/Premium Industries,
14  Inc., and Plaintiff SPECTRA PREMIUM (USA)
    CORP.

16  Dated: February 4, 2009                ADORNO YOSS ALVARADO & SMITH, APC

18                                         By:   /S/ Theodore E. Bacon
                                                 Theodore E. Bacon

20  Attorneys for Plaintiff, Counter-Defendant, and
    Defendant RADIATOR EXPRESS
21  WAREHOUSE

23  THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

24  DATED: February 5, 2009

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK
DB1/62569852.1                3                JOINT STIPULATION AND [PROPOSED]
                                               ORDER
                                               (2:08-CV-02417 AND 2:08-CV-03127)

**ATTESTATION**

I hereby attest that I have on file PDF copies of all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: February 4, 2009				MORGAN, LEWIS & BOCKIUS LLP

						By:   /S/ Howard Holderness
						         Howard Holderness

						Attorneys for Defendant and Counterclaimant SPECTRA PREMIUM INDUSTRIES INC., erroneously sued as Spectra/Premium Industries, Inc., and Plaintiff SPECTRA PREMIUM (USA) CORP.