HOWARD HOLDERNESS, State Bar No. 169814
KARIN E. KRATTLI, State Bar No. 252034
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  hholderness@morganlewis.com

Attorneys for Defendant and Counterclaimant,
SPECTRA PREMIUM INDUSTRIES INC.,
erroneously sued as Spectra/Premium Industries,
Inc., and SPECTRA PREMIUM (USA) CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIATOR EXPRESS WAREHOUSE,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>SPECTRA/PREMIUM INDUSTRIES, INC.,<br><br>Defendant/Counterclaimant. | Case No. 2:08-CV-02417-MCE-EFB<br>       2:08-CV-03127-MCE-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON SPECTRA PREMIUM INDUSTRIES INC. AND SPECTRA PREMIUM (USA) CORP.'S APPLICATIONS FOR RIGHT TO ATTACH ORDER**<br><br>Action Filed: Oct. 14, 2008<br>Trial Date: None Set<br>Judge: Hon. Morrison C. England, Jr. |
| SPECTRA PREMIUM (USA) CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>RADIATOR EXPRESS WAREHOUSE,<br><br>Defendant. | Hearing Date: February 26, 2009<br>Time:          2:00 p.m.<br>Courtroom:   7 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62637452.1

JOINT STIPULATION AND [PROPOSED]
ORDER
(2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1      WHEREAS, Radiator Express Warehouse ("REW") filed its Complaint against Spectra

2  Premium Industries Inc. ("Spectra") on October 14, 2008, case number 2:08-cv-02417;

3      WHEREAS, Spectra filed an Answer and Counterclaim to REW's Complaint on

4  December 23, 2008;

5      WHEREAS, Spectra Premium (USA) Corp. ("Spectra USA") filed its Complaint against

6  REW on December 23, 2008, case number 2:08-cv-03127;

7      WHEREAS, Spectra and Spectra USA each filed a Notice of and Application for Right to

8  Order and for Issuance of Writ of Attachment After Hearing and for Temporary Protective Order

9  ("Applications") against REW on December 24, 2008;

10      WHEREAS, the Court ordered these cases related on January 20, 2009;

11      WHEREAS, the parties agreed by Joint Stipulation, filed on February 4, 2009, to move

12  the hearing on the Applications to February 20, 2009 at 9:00 a.m.;

13      WHEREAS, on February 10, 2009 the Court issued a Minute Oder continued the hearing

14  on the Applications to February 26, 2009 at 2:00 p.m.;

15      WHEREAS, Spectra, Spectra USA, and REW are currently working towards an informal

16  resolution of the disputes;

17      WHEREAS, in the best interests of judicial economy and efficiency, the parties agree that

18  the hearing on the pending Applications currently scheduled for February 26, 2009 at 2:00 p.m.

19  should be continued to April 2, 2009 at 2:00 p.m.

20      NOW THEREFORE, IT IS HEREBY STIPULATED between the parties, through their

21  respective counsel of record, and subject to the approval of this Court, that:

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

**MORGAN, LEWIS &
BOCKIUS LLP**
ATTORNEYS AT LAW
NEW YORK

DB1/62637452.1

2

JOINT STIPULATION AND [PROPOSED]
ORDER
(2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1       1.      Hearing on Spectra and Spectra USA's Applications scheduled for February 26,

2   2009 at 2:00 p.m. is re-scheduled to April 2, 2009 at 2:00 p.m.

3

4       IT IS SO STIPULATED.

5

6   Dated: February 25, 2009                    MORGAN, LEWIS & BOCKIUS LLP

7

8                                                By:    /S/ Howard Holderness
                                                       Howard Holderness
9

10                                              Attorneys for Defendant and Counterclaimant
                                                SPECTRA PREMIUM INDUSTRIES INC.,
11                                              erroneously sued as Spectra/Premium Industries,
                                                Inc., and Plaintiff SPECTRA PREMIUM (USA)
12                                              CORP.

13  Dated: February 25, 2009                    ADORNO YOSS ALVARADO & SMITH, APC

14

15                                              By:    /S/ Theodore E. Bacon
                                                       Theodore E. Bacon
16

17                                              Attorneys for Plaintiff, Counter-Defendant, and
                                                Defendant RADIATOR EXPRESS
18                                              WAREHOUSE

19

20  THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

21

22  Dated:  February 25, 2009

23  _____
    MORRISON C. ENGLAND, JR.
24  UNITED STATES DISTRICT JUDGE

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62637452.1                               3                    JOINT STIPULATION AND [PROPOSED]
                                                                 ORDER
                                                                 (2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com