1 HOWARD HOLDERNESS, State Bar No. 169814
KARIN E. KRATTLI, State Bar No. 252034
2 MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
3 San Francisco, CA 94105-1126
Tel: 415.442.1000
4 Fax: 415.442.1001
E-mail: hholderness@morganlewis.com
5

6 Attorneys for Defendant and Counterclaimant,
SPECTRA PREMIUM INDUSTRIES INC.,
erroneously sued as Spectra/Premium Industries,
7 Inc., and SPECTRA PREMIUM (USA) CORP.

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 RADIATOR EXPRESS WAREHOUSE,                Case No. 2:08-CV-02417-MCE-EFB
                                                      2:08-CV-03127-MCE-EFB
12            Plaintiff/Counter-Defendant,

13       vs.                                  **STIPULATED JUDGMENT AND ORDER
                                              IN FAVOR OF SPECTRA PREMIUM
14 SPECTRA/PREMIUM INDUSTRIES,                INDUSTRIES INC.**
   INC.,
15
              Defendant/Counterclaimant.
16                                             Action Filed: Oct. 14, 2008
   SPECTRA PREMIUM (USA) CORP.,                Trial Date: None Set
17                                             Judge: Hon. Morrison C. England, Jr.
              Plaintiff,
18

19       vs.

20 RADIATOR EXPRESS WAREHOUSE,

21            Defendant.

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
   NEW YORK
                    DB1/62781980.5

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, RADIATOR EXPRESS WAREHOUSE ("RadX") filed its Complaint against SPECTRA PREMIUM INDUSTRIES INC. ("Spectra") in United States District Court for the Eastern District of California on October 14, 2008, case number 2:08-cv-02417;

WHEREAS, Spectra filed an Answer and Counterclaim to RadX's Complaint on December 23, 2008;

WHEREAS, SPECTRA PREMIUM (USA) CORP. ("Spectra USA") filed its Complaint against RadX in United States District Court for the Eastern District of California on December 23, 2008, case number 2:08-cv-03127;

WHEREAS, RadX filed on February 27, 2009, with its answer to Spectra USA's complaint "counter-claims" against Spectra;

WHEREAS, case number 2:08-cv-02417 and case number 2:08-cv-03127 have been found by the Court to be related (collectively, the "Litigation");

WHEREAS, the parties wish to avoid incurring any additional expenses in connection with the Litigation, including anticipated court costs and attorney time;

WHEREAS, the parties to this action have executed a Settlement Agreement and Mutual Release ("Agreement") (a copy of which is attached hereto as Exhibit A);

WHEREAS, the parties have agreed to settle the Litigation and enter into this Stipulation for Judgment;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between RadX and Spectra, and Spectra USA that:

1.      This Court has jurisdiction over the subject matter and the parties to this action. Venue is proper in this district.  The parties submit to the jurisdiction and venue of the Court for the purpose of enforcement of this Stipulated Judgment.

2.      Judgment shall be entered against RadX and in favor of Spectra in the sum of Nine Hundred and Three Thousand Two Hundred and Eighty Dollars and No Cents ($903,280.00) (hereafter "Judgment Amount"), plus interest from April 1, 2009, accruing at the rate of eight percent per annum (8%) to be paid on or before August 31, 2009, pursuant to the Agreement executed by the parties.  In the event that Spectra does not receive the timely payment of the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62781980.5                    2        STIPULATED JUDGMENT AND [PROPOSED]
ORDER - SPECTRA PREMIUM INDUSTRIES INC.
(2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1   foregoing sum, interest will continue to accrue on any unpaid portion at the rate of eight percent

2   per annum (8%).

3       3.      Upon entry of this stipulated judgment by the Court, RadX's claims and

4   counterclaims in the Litigation shall be dismissed with prejudice in their entirety with each side to

5   bear its own costs and attorneys' fees.

6       4.      Pursuant to the Agreement executed by the parties, RadX has also executed a

7   Security Agreement (a copy of which is attached as part of Exhibit B).  Spectra shall be entitled to

8   file with any court, agency or organization the Security Agreement or any related documents as it

9   deems appropriate to perfect the security interests granted to Spectra by the Security Agreement.

10  RadX shall use its best efforts if called upon to perfect for Spectra the security interests embodied

11  in the Security Agreement.

12      5.      Pursuant to the Agreement executed by the parties, Michael Rippey, Chief

13  Financial Executive Officer of RadX, personally guaranties up to a total of Five Hundred

14  Thousand Dollars ($500,000.00) to ensure payment by RadX of this judgment and the judgment

15  in the related case.

16      6.      The United States District Court for the Eastern District of California shall retain

17  jurisdiction over the parties and over the subject matter herein for the purposes of enforcing this

18  judgment.

19

20  Dated: May ___, 2009                SPECTRA PREMIUM INDUSTRIES INC.

21                                      By: _____/s/_____

22                                          Louis Juneau, as Vice President, Legal
                                            Affairs and Corporate Secretary and duly
23                                          authorized officer of SPECTRA PREMIUM
                                            INDUSTRIES INC.

24  Dated: May ___, 2009                SPECTRA PREMIUM (USA) CORP.

25

26                                      By: _____/s/_____

27                                          Denis Poirier, as Secretary and Treasurer
                                            and duly authorized officer of SPECTRA
                                            PREMIUM (USA) CORP.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62781980.5                          3       STIPULATED JUDGMENT AND [PROPOSED]
                                                ORDER - SPECTRA PREMIUM INDUSTRIES INC.
                                                (2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: May ___, 2009                    RADIATOR EXPRESS WAREHOUSE
2

3                                          By: _____/s/_____
                                                   Michael Rippey, Chief Financial Executive
4                                          Officer and duly authorized officer of RADIATOR
                                           EXPRESS WAREHOUSE
5

6  Approved as to form.

7  Dated: May __, 2009                     MORGAN, LEWIS & BOCKIUS LLP

8

9                                          By: _____/s/_____
                                                   Howard Holderness
10                                         Attorneys for SPECTRA PREMIUM
                                           INDUSTRIES INC. and SPECTRA PREMIUM
11                                         (USA) CORP.

12

13 Dated: May __, 2009                     ADORNO YOSS ALVARADO & SMITH, APC

14

15                                         By: _____/s/_____
                                                   Theodore E. Bacon
16                                         Attorneys for RADIATOR EXPRESS
                                           WAREHOUSE
17

18

19                          **ORDER AND JUDGMENT**
20

21        IT IS HEREBY ORDERED that judgment be entered pursuant to the terms of the above

22 stipulated judgment between the parties, as follows:

23        1.      Judgment is entered against RadX and in favor of Spectra in the sum of Nine

24 Hundred and Three Thousand Two Hundred and Eighty Dollars and No Cents ($903,280.00)

25 (hereafter "Judgment Amount"), plus interest from April 1, 2009, accruing at the rate of eight

26 percent per annum (8%) to be paid on or before August 31, 2009, pursuant to the Agreement

27 executed by the parties.  In the event that Spectra does not receive the timely payment of the

28 foregoing sum, interest will continue to accrue on any unpaid portion at the rate of eight percent

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/62781980.5                          4        STIPULATED JUDGMENT AND [PROPOSED]
                                                 ORDER - SPECTRA PREMIUM INDUSTRIES INC.
                                                 (2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com

1   per annum (8%).

2        2.      RadX's claims and counterclaims in the Litigation shall be dismissed with

3   prejudice in their entirety with each side to bear its own costs and attorneys' fees.

4        3.      RadX has also executed a Security Agreement (a copy of which is attached as part

5   of Exhibit B hereto).  Spectra shall be entitled to file with any court, agency or organization the

6   Security Agreement or any related document as it deems appropriate to perfect the security

7   interests granted to Spectra by the Security Agreement.  RadX shall use its best efforts if called

8   upon to perfect for Spectra the security interests embodied in the Security Agreement.

9        4.      Michael Rippey personally guaranties up to a total of Five Hundred Thousand

10  Dollars ($500,000.00) to ensure payment by RadX of this judgment and the judgment in the

11  related case.

12       5.      The United States District Court for the Eastern District of California shall retain

13  jurisdiction over the parties and over the subject matter herein for the purposes of enforcing this

14  judgment.

15  DATED: June 23, 2009

16

17                                          MORRISON C. ENGLAND, JR
18                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

DB1/62781980.5                              5        STIPULATED JUDGMENT AND [PROPOSED]
                                                     ORDER - SPECTRA PREMIUM INDUSTRIES INC.
                                                     (2:08-CV-02417 AND 2:08-CV-03127)

PDF created with pdfFactory trial version www.pdffactory.com